BEFORE THE THIRD DIVISION, JANUARY 28, 1954

No. 57821.—Vintage Wines, Inc. *v.* United States, protest 201933-K (New York).

Opinion by EKWALL, J. In accordance with stipulation of counsel that the merchandise consists of Lancers Rose Wine in bottles or jugs similar in all material respects to that the subject of Abstract 53224, the claim of the plaintiff was sustained.

No. 57822.—Antonio de Cardi *v.* United States, protest 139050-K (San Juan, P. R.).

Opinion by EKWALL, J. An examination of the record failing to disclose evidence sufficient to overcome the presumption of correctness attaching to the collector's action, the protest was overruled.

No. 57823.—J. J. Boll *v.* United States, protest 205898-K (New York).

Opinion by EKWALL, J. When the case was called for trial, counsel for the Government moved to dismiss the protest on the ground that it was untimely. It appearing from the official papers that the protest was filed prior to liquidation, the protest was dismissed as premature. (Section 514, Tariff Act of 1930.)